UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MLADEN LAJSIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:12CV01799 AGF/TCM |
| | ) |
| CAROLYN COLVIN,[1] Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b).  (Doc. No. 18.)  On November 21, 2013, the  Magistrate Judge filed his Report and Recommendation, recommending that the Court uphold the decision of the Administrative Law Judge to deny Plaintiff disability insurance benefits under Title II of the Social Security Act, 28 U.S.C. §§ 40-433.  Neither party has filed objections to the Report and Recommendation and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Administrative Law Judge's decision in this matter, finding Plaintiff not disabled and thus not entitled to disability benefits, should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Thomas C. Mummert is **SUSTAINED, ADOPTED, and INCORPORATED** herein. [Doc. No. 18.]

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of December, 2013.